USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

JAN 28 2008
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEPHERD INVESTMENTS
INTERNATIONAL, LTD.,

             Plaintiff,

v.

PAINCARE HOLDINGS, INC.,

             Defendant.

Case No. 07-CIV-9836 (SAS)

[~~PROPOSED~~] ORDER
GRANTING
MOTION FOR ADMISSION
PRO HAC VICE

Upon the motion of plaintiff Shepherd Investments International, Ltd. ("Shepherd") pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Christopher G. Green *pro hac vice* for all purposes on behalf of Shepherd, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
       January 28, 2008

                                          */s/ Shira A. Scheindlin*
                                          Hon. Shira A. Scheindlin
                                          United States District Judge