# EXHIBIT C



October 30, 2006

Mark Szporka
PainCare Holdings, Inc.
1030 N. Orange Avenue
Suite 105
Orlando, Florida 32801

**Re:**  **Liquidated Damages Under PainCare Holdings, Inc. Registration Rights**
**Agreement**

Dear Mr. Szporka:

Shepherd Investments International Ltd. ("Shepherd") purchased 750,000 shares of restricted common stock (the "Common Stock") of PainCare Holdings, Inc. ("PainCare") and warrants exercisable for 306,325 shares of common stock of PainCare (the "Warrant Stock") (the Warrant Stock together with the Common Stock being the "Registrable Securities"), for a total investment of $2,325,000, pursuant to the Securities Purchase Agreement executed in connection with PainCare's December 2005 PIPE offering. The registration rights provisions of the Securities Purchase Agreement obligated PainCare to register the Registrable Securities with the Securities and Exchange Commission. These provisions required PainCare to file the required registration statement with the SEC no later than March 3, 2006, and to have it effective by June 1, 2006.

PainCare filed a registration statement for the Registrable Securities on March 1, 2006, but as of the date of this letter, PainCare's registration statement for the Registrable Securities has not been declared effective. At the very latest, this registration statement was required to be effective by June 1, 2006 (assuming that the SEC reviewed the registration statement). Pursuant to Section 6(b)(iv) of the Securities Purchase Agreement, liquidated damages began accruing on June 2, 2006 (the "Event Date"). The monthly liquidated damages are 1% of Shepherd's investment amount payable on the Event Date and each monthly anniversary of such Event Date. Beginning with the fourth month, the monthly liquidated damages are 2% of Shepherd's investment amount. Furthermore, late payments bear interest at a rate of 1% per month.

For your convenience, I have enclosed a table setting forth the amount of liquidated damages due to Shepherd beginning on the Event Date and continuing through the rest of this year. As of the date of this letter, the total amount due (shown in the right-hand column of the attached table) to Shepherd is $141,848.38. Liquidated damages and interest will continue to accrue until the registration statement registering the Registrable Securities for resale is declared effective.



Please remit to Shepherd the total amount due (shown on the attached table) according to the wire instructions as follows:

US Bank
ABA: 075-000-022
A/C: Shepherd Investments International Ltd
A/C #: 1823-8036-6753

After you have wired the payment to Shepherd, please provide me with the Fedwire Reference Number for the wire.  I can be reached by e-mail at mdahm@starkinvestments.com or by phone at (414) 294-7766.  Please do not hesitate to call me if you have any questions.

Sincerely,

Michael E. Dahm
Corporate Counsel


Cc:    Joel D. Mayersohn
       Adorno & Yoss LLP

## PainCare Holdings, Inc.
### Liquidated Damages Calculation

| | Liquidated Damages Due ($) (1% of investment of $2,325,000 for first 3 months) (2% of investment of $2,325,000 for month 4 and after) (Late payments bear 1% monthly interest rate) | | |
|---|---|---|---|
| Date | Liquidated Damages | Interest | Total Payment Due |
| June 2, 2006 | 23,250.00 | | 23,250.00 |
| June 3, 2006 | | | 23,250.00 |
| June 4, 2006 | | | 23,250.00 |
| June 5, 2006 | | | 23,250.00 |
| June 6, 2006 | | | 23,250.00 |
| June 7, 2006 | | | 23,250.00 |
| June 8, 2006 | | | 23,250.00 |
| June 9, 2006 | | | 23,250.00 |
| June 10, 2006 | | | 23,250.00 |
| June 11, 2006 | | | 23,250.00 |
| June 12, 2006 | | | 23,250.00 |
| June 13, 2006 | | | 23,250.00 |
| June 14, 2006 | | | 23,250.00 |
| June 15, 2006 | | | 23,250.00 |
| June 16, 2006 | | | 23,250.00 |
| June 17, 2006 | | | 23,250.00 |
| June 18, 2006 | | | 23,250.00 |
| June 19, 2006 | | | 23,250.00 |
| June 20, 2006 | | | 23,250.00 |
| June 21, 2006 | | | 23,250.00 |
| June 22, 2006 | | | 23,250.00 |
| June 23, 2006 | | | 23,250.00 |
| June 24, 2006 | | | 23,250.00 |
| June 25, 2006 | | | 23,250.00 |
| June 26, 2006 | | | 23,250.00 |
| June 27, 2006 | | | 23,250.00 |
| June 28, 2006 | | | 23,250.00 |
| June 29, 2006 | | | 23,250.00 |
| June 30, 2006 | | | 23,250.00 |
| July 1, 2006 | | | 23,250.00 |
| July 2, 2006 | 23,250.00 | 232.50 | 46,732.50 |
| July 3, 2006 | | | 46,732.50 |
| July 4, 2006 | | | 46,732.50 |
| July 5, 2006 | | | 46,732.50 |
| July 6, 2006 | | | 46,732.50 |
| July 7, 2006 | | | 46,732.50 |
| July 8, 2006 | | | 46,732.50 |
| July 9, 2006 | | | 46,732.50 |
| July 10, 2006 | | | 46,732.50 |
| July 11, 2006 | | | 46,732.50 |
| July 12, 2006 | | | 46,732.50 |
| July 13, 2006 | | | 46,732.50 |
| July 14, 2006 | | | 46,732.50 |

| | | | |
|---|---|---|---|
| July 15, 2006 | | | 46,732.50 |
| July 16, 2006 | | | 46,732.50 |
| July 17, 2006 | | | 46,732.50 |
| July 18, 2006 | | | 46,732.50 |
| July 19, 2006 | | | 46,732.50 |
| July 20, 2006 | | | 46,732.50 |
| July 21, 2006 | | | 46,732.50 |
| July 22, 2006 | | | 46,732.50 |
| July 23, 2006 | | | 46,732.50 |
| July 24, 2006 | | | 46,732.50 |
| July 25, 2006 | | | 46,732.50 |
| July 26, 2006 | | | 46,732.50 |
| July 27, 2006 | | | 46,732.50 |
| July 28, 2006 | | | 46,732.50 |
| July 29, 2006 | | | 46,732.50 |
| July 30, 2006 | | | 46,732.50 |
| July 31, 2006 | | | 46,732.50 |
| August 1, 2006 | | | 46,732.50 |
| August 2, 2006 | 23,250.00 | 467.33 | 70,449.83 |
| August 3, 2006 | | | 70,449.83 |
| August 4, 2006 | | | 70,449.83 |
| August 5, 2006 | | | 70,449.83 |
| August 6, 2006 | | | 70,449.83 |
| August 7, 2006 | | | 70,449.83 |
| August 8, 2006 | | | 70,449.83 |
| August 9, 2006 | | | 70,449.83 |
| August 10, 2006 | | | 70,449.83 |
| August 11, 2006 | | | 70,449.83 |
| August 12, 2006 | | | 70,449.83 |
| August 13, 2006 | | | 70,449.83 |
| August 14, 2006 | | | 70,449.83 |
| August 15, 2006 | | | 70,449.83 |
| August 16, 2006 | | | 70,449.83 |
| August 17, 2006 | | | 70,449.83 |
| August 18, 2006 | | | 70,449.83 |
| August 19, 2006 | | | 70,449.83 |
| August 20, 2006 | | | 70,449.83 |
| August 21, 2006 | | | 70,449.83 |
| August 22, 2006 | | | 70,449.83 |
| August 23, 2006 | | | 70,449.83 |
| August 24, 2006 | | | 70,449.83 |
| August 25, 2006 | | | 70,449.83 |
| August 26, 2006 | | | 70,449.83 |
| August 27, 2006 | | | 70,449.83 |
| August 28, 2006 | | | 70,449.83 |
| August 29, 2006 | | | 70,449.83 |
| August 30, 2006 | | | 70,449.83 |
| August 31, 2006 | | | 70,449.83 |
| September 1, 2006 | | | 70,449.83 |
| September 2, 2006 | 23,250.00 | 704.50 | 94,404.33 |
| September 3, 2006 | | | 94,404.33 |
| September 4, 2006 | | | 94,404.33 |

| | | | |
|---|---|---|---|
| September 5, 2006 | | | 94,404.33 |
| September 6, 2006 | | | 94,404.33 |
| September 7, 2006 | | | 94,404.33 |
| September 8, 2006 | | | 94,404.33 |
| September 9, 2006 | | | 94,404.33 |
| September 10, 2006 | | | 94,404.33 |
| September 11, 2006 | | | 94,404.33 |
| September 12, 2006 | | | 94,404.33 |
| September 13, 2006 | | | 94,404.33 |
| September 14, 2006 | | | 94,404.33 |
| September 15, 2006 | | | 94,404.33 |
| September 16, 2006 | | | 94,404.33 |
| September 17, 2006 | | | 94,404.33 |
| September 18, 2006 | | | 94,404.33 |
| September 19, 2006 | | | 94,404.33 |
| September 20, 2006 | | | 94,404.33 |
| September 21, 2006 | | | 94,404.33 |
| September 22, 2006 | | | 94,404.33 |
| September 23, 2006 | | | 94,404.33 |
| September 24, 2006 | | | 94,404.33 |
| September 25, 2006 | | | 94,404.33 |
| September 26, 2006 | | | 94,404.33 |
| September 27, 2006 | | | 94,404.33 |
| September 28, 2006 | | | 94,404.33 |
| September 29, 2006 | | | 94,404.33 |
| September 30, 2006 | | | 94,404.33 |
| October 1, 2006 | | | 94,404.33 |
| October 2, 2006 | 46,500.00 | 944.05 | 141,848.38 |
| October 3, 2006 | | | 141,848.38 |
| October 4, 2006 | | | 141,848.38 |
| October 5, 2006 | | | 141,848.38 |
| October 6, 2006 | | | 141,848.38 |
| October 7, 2006 | | | 141,848.38 |
| October 8, 2006 | | | 141,848.38 |
| October 9, 2006 | | | 141,848.38 |
| October 10, 2006 | | | 141,848.38 |
| October 11, 2006 | | | 141,848.38 |
| October 12, 2006 | | | 141,848.38 |
| October 13, 2006 | | | 141,848.38 |
| October 14, 2006 | | | 141,848.38 |
| October 15, 2006 | | | 141,848.38 |
| October 16, 2006 | | | 141,848.38 |
| October 17, 2006 | | | 141,848.38 |
| October 18, 2006 | | | 141,848.38 |
| October 19, 2006 | | | 141,848.38 |
| October 20, 2006 | | | 141,848.38 |
| October 21, 2006 | | | 141,848.38 |
| October 22, 2006 | | | 141,848.38 |
| October 23, 2006 | | | 141,848.38 |
| October 24, 2006 | | | 141,848.38 |
| October 25, 2006 | | | 141,848.38 |
| October 26, 2006 | | | 141,848.38 |

| | | | |
|---|---|---|---|
| October 27, 2006 | | | 141,848.38 |
| October 28, 2006 | | | 141,848.38 |
| October 29, 2006 | | | 141,848.38 |
| October 30, 2006 | | | 141,848.38 |
| October 31, 2006 | | | 141,848.38 |
| November 1, 2006 | | | 141,848.38 |
| November 2, 2006 | 46,500.00 | 1,418.49 | 189,766.87 |
| November 3, 2006 | | | 189,766.87 |
| November 4, 2006 | | | 189,766.87 |
| November 5, 2006 | | | 189,766.87 |
| November 6, 2006 | | | 189,766.87 |
| November 7, 2006 | | | 189,766.87 |
| November 8, 2006 | | | 189,766.87 |
| November 9, 2006 | | | 189,766.87 |
| November 10, 2006 | | | 189,766.87 |
| November 11, 2006 | | | 189,766.87 |
| November 12, 2006 | | | 189,766.87 |
| November 13, 2006 | | | 189,766.87 |
| November 14, 2006 | | | 189,766.87 |
| November 15, 2006 | | | 189,766.87 |
| November 16, 2006 | | | 189,766.87 |
| November 17, 2006 | | | 189,766.87 |
| November 18, 2006 | | | 189,766.87 |
| November 19, 2006 | | | 189,766.87 |
| November 20, 2006 | | | 189,766.87 |
| November 21, 2006 | | | 189,766.87 |
| November 22, 2006 | | | 189,766.87 |
| November 23, 2006 | | | 189,766.87 |
| November 24, 2006 | | | 189,766.87 |
| November 25, 2006 | | | 189,766.87 |
| November 26, 2006 | | | 189,766.87 |
| November 27, 2006 | | | 189,766.87 |
| November 28, 2006 | | | 189,766.87 |
| November 29, 2006 | | | 189,766.87 |
| November 30, 2006 | | | 189,766.87 |
| December 1, 2006 | | | 189,766.87 |
| December 2, 2006 | 46,500.00 | 1,897.67 | 238,164.54 |
| December 3, 2006 | | | 238,164.54 |
| December 4, 2006 | | | 238,164.54 |
| December 5, 2006 | | | 238,164.54 |
| December 6, 2006 | | | 238,164.54 |
| December 7, 2006 | | | 238,164.54 |
| December 8, 2006 | | | 238,164.54 |
| December 9, 2006 | | | 238,164.54 |
| December 10, 2006 | | | 238,164.54 |
| December 11, 2006 | | | 238,164.54 |
| December 12, 2006 | | | 238,164.54 |
| December 13, 2006 | | | 238,164.54 |
| December 14, 2006 | | | 238,164.54 |
| December 15, 2006 | | | 238,164.54 |
| December 16, 2006 | | | 238,164.54 |
| December 17, 2006 | | | 238,164.54 |

| | | | |
|---|---:|---:|---:|
| December 18, 2006 | | | 238,164.54 |
| December 19, 2006 | | | 238,164.54 |
| December 20, 2006 | | | 238,164.54 |
| December 21, 2006 | | | 238,164.54 |
| December 22, 2006 | | | 238,164.54 |
| December 23, 2006 | | | 238,164.54 |
| December 24, 2006 | | | 238,164.54 |
| December 25, 2006 | | | 238,164.54 |
| December 26, 2006 | | | 238,164.54 |
| December 27, 2006 | | | 238,164.54 |
| December 28, 2006 | | | 238,164.54 |
| December 29, 2006 | | | 238,164.54 |
| December 30, 2006 | | | 238,164.54 |
| December 31, 2006 | | | 238,164.54 |
| January 1, 2007 | | | 238,164.54 |
| January 2, 2007 | 46,500.00 | 2,381.65 | 287,046.19 |