# EXHIBIT D

**From:** Dahm, Michael <mdahm@starkinvestments.com>
**Sent:** Thursday, August 30, 2007 6:05 PM
**To:** Palmer, Jeff <jpalmer@ropes & gray.com>; Green, Christopher G. <cgreen@ropes & gray.com>
**Subject:** FW: PainCare

---

**From:** Turall, Todd
**Sent:** Thursday, December 21, 2006 1:49 PM
**To:** Davidson, Brian
**Cc:** Dahm, Michael; Koutnik, Philip
**Subject:** PainCare

Mark Spoerka of PainCare called back. They are going to get us a proposal of how to deal with the liquidated damages "right after the New Year." You want to wait for that or should I tell him that it insufficient. If insufficient, I am sure they won't come back to us with a proposal, so should I cut the lawyers loose on them?

This transmission contains information for the exclusive use of the intended recipient and may be privileged, confidential and/or otherwise protected from disclosure. Any unauthorized review or distribution is strictly prohibited. Our company is required to retain electronic mail messages, which may be produced at the request of regulators or in connection with litigation. Electronic messages annot be guaranteed to be secure, timely or error-free. As such, we recommend chat you do not send confidential information to us via electronic mail. This communication is for informational purposes only and is not an offer or solicitation to buy or sell any investment product. Any information regarding specific investment products is subject to change without notice. If you received this transmission in error, please notify the sender immediately by return e-mail and delete this message and any attachments from your system.