## CERTIFICATE OF SERVICE

I, Jeffrey P. Palmer, hereby certify that copies of the foregoing **NOTICE OF MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS; DECLARATION OF CHRISTOPHER G. GREEN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** were caused to be served this 1st day of February 2008, upon the following in the manner indicated:

BY OVERNIGHT MAIL

Albert R. Meyer
General Counsel
PainCare Holdings, Inc.
1030 N. Orange Avenue
Suite 105
Orlando, FL 32801
Phone: (407) 367-0944

*ATTORNEY FOR DEFENDANT
PAINCARE HOLDINGS, INC.*

_____
Jeffrey P. Palmer