UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SHEPHERD INVESTMENTS
INTERNATIONAL, LTD.,

          Plaintiff,

    v.

PAINCARE HOLDINGS, INC.,

          Defendant.

Case No. 07-CIV-9836 (SAS)

[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of plaintiff Shepherd Investments International, Ltd. ("Shepherd") pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Jeffrey P. Palmer *pro hac vice* for all purposes on behalf of Shepherd, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
       February __, 2008

                                      _____
                                      Hon. Shira A. Scheindlin
                                      United States District Judge