**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHEPHERD INVESTMENTS INTERNATIONAL, LTD., | Case No. 07-CIV-9836 (SAS) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| PAINCARE HOLDINGS, INC., | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Shepherd Investments International, Ltd. I certify that I have been admitted pro hac vice for all purposes on behalf of said defendants in this action by order dated January 28, 2008.

Dated: Boston, Massachusetts
February 8, 2008

Respectfully submitted,

ROPES & GRAY LLP

By  */s/ Christopher G. Green*
Christopher G. Green
One International Place
Boston, Ma 02130
(617) 951-7000

Attorneys for Plaintiff
SHEPHERD INVESTMENTS
INTERNATIONAL, LTD.