UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPHERD INVESTMENTS INTERNATIONAL, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>PAINCARE HOLDINGS, INC.,<br><br>    Defendant. | Case No. 07-CIV-9836 (SAS)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Plaintiff Shepherd Investments International, Ltd. I certify that I have been admitted pro hac vice for all purposes on behalf of said defendants in this action by order dated February 8, 2008.

Dated: Boston, Massachusetts
   February 8, 2008

               Respectfully submitted,

               ROPES & GRAY LLP

               By /s/ Jeff Palmer
                 Jeffrey P. Palmer
               One International Place
               Boston, Ma 02130
               (617) 951-7000

               Attorneys for Plaintiff
               SHEPHERD INVESTMENTS
               INTERNATIONAL, LTD.