**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHEPHERD INVESTMENTS INTERNATIONAL, LTD.,

                Plaintiff,

-against-

PAINCARE HOLDINGS, INC.,
                Defendant.
-----------------------------------------------------------X

07 **CIVIL** 9836 (SAS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

    Plaintiff having moved for summary judgment, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on March 3, 2008, having rendered its Order granting plaintiff's motion for summary judgment in its entirety in the amount of $538,514 without prejudice to Shepherd's right to later seek costs and attorney's fees in this action, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 3, 2008, plaintiff's motion for summary judgment is granted in its entirety in the amount of $538,514 without prejudice to Shepherd's right to later seek costs and attorney's fees in this action; accordingly, the case is closed.

**Dated:** New York, New York
          March 5, 2008

                              **J. MICHAEL McMAHON**
                                 Clerk of Court
                  BY:
                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____